# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>              Plaintiff,<br><br>   vs.<br><br>**LINDA S. LICHTENWALTER,**<br><br>              **Defendant.** | **8:14CB2**<br>**Violation Number 3159281 NE6**<br><br>**ORDER** |

On the motion of the United States Attorney's Office (Filing No. 20), the above-referenced matter is hereby dismissed without prejudice.

ORDERED this 20th day of March, 2014.

                                      **BY THE COURT:**

                                      s/ Thomas D. Thalken<br>
                                      **United States Magistrate Judge**